

March 2, 2021

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

  Re: ***Bio-Rad Laboratories, Inc., et al. v. Dropworks, Inc.***
    <u>C.A. No. 20-cv-506-RGA</u>

Dear Judge Andrews,

  Plaintiffs have moved to amend their complaint to add two patents to this case (the "Motion"). (D.I. 49). The motion to amend was filed well in advance of the agreed upon deadline for amending pleadings, and Plaintiffs included with their complaint detailed infringement claim charts. *See* D.I. 49; D.I. 51-2, Exs. Z, AA.

  Briefing on the Motion has only been complete for 6 weeks and Plaintiffs are fully aware of Your Honor's heavy motion docket. Yesterday, however, the parties exchanged terms for construction and opening claim construction briefs are due April 2. If possible, Plaintiffs respectfully request a ruling on the Motion at the Court's earliest convenience with the hope of incorporating the two patents in Plaintiffs' proposed amended complaint into the claim construction briefing schedule without major adjustments to the case schedule.

  We are available at the Court's convenience should Your Honor have any questions.

           Respectfully submitted,

           /s/ Brian E. Farnan

           Brian E. Farnan

cc: Counsel of Record (Via E-Filing)