IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIO-RAD LABORATORIES, INC., THE UNIVERSITY OF CHICAGO, LAWRENCE LIVERMORE NATIONAL SECURITY LLC, and PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-cv-506-RGA |
| Plaintiffs, | | |
| v. | | |
| DROPWORKS, INC. | | |
| Defendant. | | |

**STIPULATION AND [PROPOSED] ORDER AMENDING CERTAIN DEADLINES**

WHEREAS, Plaintiffs Bio-Rad Laboratories, Inc., The University of Chicago, Lawrence Livermore National Security LLC, and President and Fellows of Harvard College and Defendant Dropworks, Inc. require additional time to complete fact discovery;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend certain case deadlines without altering those deadlines that affect the Court, including the deadlines for dispositive motions, the pre-trial conference, or trial;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties hereby stipulate to amend the deadlines set forth in the Court's March 16, 2021 Order (D.I. 76) in the above-captioned matter as follows:

| No. | Event | Current Schedule | Proposed Amended Schedule |
|---|---|---|---|
| 1 | Fact discovery cut off (D.I. 22, ¶ 3.a) | Fri., Nov. 12, 2021 | Fri., Dec. 10, 2021 |
| 2 | Last day to disclose expert testimony under Rule 26(a)(2) (D.I. 22, ¶ 10.a) | Fri., Dec. 17, 2021 | Wed., Jan. 12, 2022 |

| No. | Event | Current Schedule | Proposed Amended Schedule |
|---|---|---|---|
| 3 | Last day to serve supplemental disclosure to contradict or rebut evidence on the same matter identified by another party (D.I. 22, ¶ 10.a) | Mon., Jan. 24, 2022 | Fri., Feb. 4, 2022 |
| 4 | Last day to serve reply expert reports (D.I. 22, ¶ 10.a) | Wed., Feb. 23, 2022 | Mon., Feb. 28, 2022 |
| 5 | Last day to complete expert depositions (D.I. 22, ¶ 10.a) | Fri., Mar. 25, 2022 | Thu., Mar. 31, 2022 |

Dated: September 28, 2021                             Respectfully submitted,

FARNAN LLP                                             RICHARDS, LAYTON & FINGER, P.A.

*/s/ Brian E. Farnan*                                  */s/ Alexandra M. Ewing*
Brian E. Farnan (#4089)                                Frederick L. Cottrell, III (#2555)
Michael J. Farnan (#5165)                              Jason J. Rawnsley (#5379)
919 N. Market Street, 12th Floor                       Alexandra M. Ewing (#6407)
Wilmington, DE 19801                                   920 North King Street
(302) 777-0300                                         Wilmington, DE 19801
bfarnan@farnanlaw.com                                  (302) 651-7700
mfarnan@farnanlaw.com                                  cottrell@rlf.com
                                                       rawnsley@rlf.com
*Attorneys for Plaintiffs*                             ewing@rlf.com
                                                       *Attorneys for Defendant*

IT IS SO ORDERED this ___ day of September, 2021.

_____
The Honorable Richard G Andrews